```
         IN THE UNITED STATES DISTRICT COURT
            WESTERN DISTRICT OF ARKANSAS
                 HARRISON DIVISION
```

AMERICAN WESTERN HOME
INSURANCE COMPANY                                     PLAINTIFF

      v.            Civil No. 11-3061

STROUGH CONSTRUCTION, INC.;
MARTY STROUGH; DANNY CAYWOOD;
and KAREN CAYWOOD                                    DEFENDANTS

### O R D E R

Now on this 9th day of January, 2012, comes on for consideration plaintiff's **Motion To Dismiss** (document #4), and the Court, being well and sufficiently advised, finds that said motion should be, and same hereby is, **granted**, and this matter is **dismissed without prejudice.**

IT IS SO ORDERED.

                              /s/ Jimm Larry Hendren
                              JIMM LARRY HENDREN
                              UNITED STATES DISTRICT JUDGE